# Exhibit 1

Filing # 118034003 E-Filed 12/10/2020 09:54:56 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

LAURA WIREMAN

    Plaintiff,

v.

PETLAND, INC.,
a Foreign Corporation,

    Defendant.

_____/

THE STATE OF FLORIDA:
To Each Sheriff of the State:

CASE NO: not yet assigned
**502020CA013780XXXXMB**

**SUMMONS**

DATE 12/17/20 TIME 1125



Eric Larson
CPS #063
BADGE# 2nd Judicial Circuit

INITIAL

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

    By serving:

**PETLAND, INC.**
**c/o Registered Agent:**
**CORPORATION SERVICE COMPANY**
**1201 HAYS STREET**
**TALLAHASSEE, FL 32301-2525**

Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney:

BENJAMIN BUCK LAW, P.A.
113 South Monroe St, 1st Fl
Tallahassee, FL 32301
Telephone: (850)-201-7360
Email: ben@benbucklaw.com
eService: juan@benbucklaw.com; nicole@benbucklaw.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on **Dec 15 2020**, 2020.

Sharon R. Bock
As Clerk of the Court



By: _Sara Provenzano_
As Deputy Clerk
Sara Provenzano

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Tammy Anton, Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algin acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Tammy Anton, 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono nÜmero (561) 355-4380, por 10 menos 7 dias antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificaci6n si el tiempo antes de la comparecencia que se ha programado es menos de 7 dias; si usted tiene discapacitaci6n del oido o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kék éd. Tanpri kontakte Tammy Anton, köödonaté pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefön li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou paru nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lö ou gen pou w parét nan tribinal la mwens ke 7 jou; si ou gen pwoblöm pou w tande oubyen pale, rele 711."

Filing # 118034003 E-Filed 12/10/2020 09:54:56 PM

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

LAURA WIREMAN

    Plaintiff,

v.

CASE NO: not yet assigned
**502020CA013780XXXXMB**

PETLAND, INC.,
A Foreign Corporation,

    Defendant.

_____/

## COMPLAINT

### PARTIES

1. Venue is proper in this Court pursuant to §47.011, Florida Statutes.

2. This Court has jurisdiction pursuant to §48.193(1)(a), Florida Statutes, as the Defendants committed tortious acts within the State of Florida.

3. The Plaintiff, LAURA WIREMAN at all times relevant hereto, is an adult citizen of the State of FLORIDA and is domiciled in PALM BEACH COUNTY.

4. The Defendant, PETLAND, INC., at all times relevant hereto, is:

    (a) a Corporation established under the laws of the State of FLORIDA and is authorized to do business as a foreign Corporation in this State and is subject to service of process by and through its registered agent: CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

    (b) the actions hereunto took place in Broward County, Florida.

### FACTS

- On or about November 7, 2020, Plaintiff, LAURA WIREMAN, purchased one (1) English Bulldog Canine Puppy and one (1) Australian Shepherd Canine Puppy from Petland Inc.
    a. On or about November 10, 2020, English Bulldog Canine Puppy, Australian Shepherd Canine Puppy had first visit with Petland's Veterinarian (Sunset Animal Hospital). English Bulldog Canine Puppy diagnosed with Giardia Internal parasites. Prescribed and dispensed Panacur & Metronidazole tablets.
    b. English Bulldog Canine Puppy diagnosed with Upper respiratory infection. Prescribed and dispensed Azithromycin tablets and Guafenesin cough syrup.
    c. Australian Shepherd Canine Puppy diagnosed with upper respiratory infection. Prescribed and dispensed Azithromycin tablets and Panacur.
    d. Australian Shepherd Canine Puppy diagnosed with coprophagia. Prescribed and dispensed Stop Stool Eating Chews.
- Plaintiff's Husband falls extremely ill on or about November 15, 2020.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

- On or about November 17, 2020, Plaintiff, LAURA WIREMAN, made first contact to Petland, Inc., around 10:02am. Plaintiff was transferred to Petcare Solutions and spoke to a Petcare Solutions Representative named Nilda.

    a. Plaintiff forwarded receipt for Vet visit from November 10, 2020.

    b. Plaintiff requested return of both canines and refund due to Giardia.

- Plaintiff, LAURA WIREMAN, Plaintiff's Husband goes to the doctor and submits stool sample from violent diarrhea/vomiting/extreme stomach pain and fatigue. Results return positive on November 27, 2020 for Campylobacter. Outbreak of Multidrug-resistant Campylobacter Infections Linked to Contact with Pet Store Puppies (cdc.gov)

- On or about November 19, 2020 took dogs to Boca Veterinary Clinic for subjective examination.

    Australian Shepherd Canine Puppy diagnosed with:
    a. Giardia

    English Bulldog Canine Puppy diagnosed with:
    a. Stenotic Nares
    b. Stertor
    c. Prognathism
    d. Entropion
    e. Coughing
    f. Dermatitis
    g. Otitis
    h. Hematuria
    i. Recessed Vulva

- On or about November 23, 2020, Plaintiff, LAURA WIREMAN, sent another email to claims requesting return/refund for one (1) English Bulldog Canine Puppy and one (1) Australian Shepherd Canine Puppy. There were 7 attachments which included medical records, receipts for medications and examination. Received back response that neither Canine puppies could be returned. Plaintiff, LAURA WIREMAN, sent a follow-up email to claims@petcare.solutions on or about November 30, 2020.

- Plaintiff, LAURA WIREMAN, received a phone call on or about November 30, 2020, indicating that Plaintiff signed the Puppy Warranty and paperwork agreeing to no returning of Canine Puppies or refund on any Canine Puppy purchases. Plaintiff, LAURA WIREMAN, emailed the unsigned paperwork and Puppy Warranty in a second email.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

## CLAIMS

### COUNT I:
### BREACH OF CONTRACT

"Paragraphs 'I' through 'V' are expressly incorporated herein by reference".

I.  The Defendant breached the above-described contract for reasons incompatible with good faith and fair dealing, as a proximate and foreseeable result of which the Plaintiff suffered damages. The breach of contract was wholly unsupported by any arguable reasons, was willful, malicious, and in bad faith delineated hereinabove proximately caused Plaintiff to suffer in the excess of $75,000.00.

WHEREFORE, Plaintiff, LAURA WIREMAN, demands that this court enters a judgment against Defendant, PETLAND, INC., for:

    a.  All direct, consequential, and punitive damages caused by the PETLAND, INC., outrageous conduct that constitutes COUNT I.

    b.  Such other relief as this court deems just and proper.

### COUNT II:
### INTENTIONAL INFLICTION OF A BUSINESS RELATIONSHIP

"Paragraphs 'I' through 'V' are expressly incorporated herein by reference".

II.  The conduct of Defendant complained of hereinabove constitutes intentional disruption of a business relationship which the Defendant should be punished and deterred from similar conduct in the future.

WHEREFORE, Plaintiff, LAURA WIREMAN, demands that this court enters a judgment against Defendant, PETLAND, INC., for:

    a.  All direct, consequential, and punitive damages caused by the PETLAND, INC., outrageous conduct that constitutes COUNT II.

    b.  Such other relief as this court deems just and proper.

### COUNT III:
### PROMISSORY ESTOPPEL

"Paragraphs 'I' through 'V' are expressly incorporated herein by reference".

III.  The Defendant deliberately made promises to the Plaintiff when they expected that the Plaintiff would rely on those promises. Those promises were known by the Defendants to have created a reasonable expectation in the Plaintiff. The Plaintiff relied to her substantial detriment upon those promises. Injustice can only be prevented by enforcing the Defendants' promises. The Defendants' breach of their promises and assurances proximately caused the damages previously described in the Complaint, said

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

damages were foreseeable and the Defendants' conduct causing these damages was attended by malice, willfulness, insult, and abuse, thus entitling the Plaintiff to recover punitive as well as actual damages.

WHEREFORE, Plaintiff, LAURA WIREMAN, demands that this court enters a judgment against Defendant, PETLAND, INC., for:

a. All direct, consequential, and punitive damages caused by the PETLAND, INC., outrageous conduct that constitutes COUNT III.

b. Such other relief as this court deems just and proper.

## COUNT IV:
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
"Paragraphs 'I' through 'V' are expressly incorporated herein by reference".

IV. The Defendants' unlawful conduct as previously described in this Complaint, was known to the Defendants to be likely to produce emotional distress in the Plaintiff, and it did in fact produce emotional distress in the Plaintiff. As a direct and proximate result of the Defendants' unlawful conduct the Plaintiff has suffered emotional distress and emotional damage of at least $75,000.00. The Defendants' conduct as previously described was outrageous, wholly without legal or factual justification, was malicious and wanton, and thus entitles the Plaintiff to recover actual and punitive damages as previously described.

WHEREFORE, Plaintiff, LAURA WIREMAN, demands that this court enters a judgment against Defendant, PETLAND, INC., for:

a. All direct, consequential, and punitive damages caused by the PETLAND, INC., outrageous conduct that constitutes COUNT IV.

b. Such other relief as this court deems just and proper.

## COUNT V:
## NEGLIGENCE
"Paragraphs 'I' through 'V' are expressly incorporated herein by reference".

V. As a direct and proximate result of the Canine issue with Petland, Inc., as described above, Plaintiff suffered a severe shock to Plaintiff's nervous system to the extent that plaintiff's health and emotional well-being have been greatly impaired, and Plaintiff has incurred medical expenses and a loss of earning and of earning capacity.

WHEREFORE, Plaintiff, LAURA WIREMAN, demands that this court enters a judgment against Defendant, PETLAND, INC., for:

a. All direct, consequential, and punitive damages caused by the PETLAND, INC., outrageous conduct that constitutes COUNT V.

b. Such other relief as this court deems just and proper.

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA

### DEMAND FOR RELIEF:

WHEREFORE, the Plaintiffs pray for the following relief:

1. Trial by jury;

2. Judgment for Plaintiff(s) and against the Defendant(s);

3. An award of damages in an amount which will fully and fairly compensate Plaintiff for in excess of $75,000.00.

4. An award of punitive damages in amount which is reasonably and rationally related to the egregiousness of Defendant's conduct, and which is reasonably and rationally related to the financial net worth of the Defendant, and which is in the public interest;

5. Reasonable attorney's fees, costs and expenses;

6. Such other and further relief as may be deemed just and proper in the premises.

Attorney for Plaintiff,
BENJAMIN BUCK LAW, P.A.

/s/ Benjamin W. Buck, Jr.

Benjamin W. Buck, Jr., Esq.
Florida Bar No.: 117639
113 South Monroe St, 1st Fl
Tallahassee, FL 32301
Telephone: (850)-201-7360
Email: ben@benbucklaw.com