# Exhibit 3

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR PALM
BEACH COUNTY, FLORIDA

LAURA WIREMAN,

      Plaintiff,                                  CASE NO: 502020CA013780XXXXMB

v.                                                   NOTICE OF REMOVAL

PETLAND, INC.,

      Defendant.
_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on January 15, 2021, Defendant Petland, Inc. ("Petland"), filed in the United States District Court in and for the Southern District of Florida, its Notice of Removal of the above-entitled action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court in and for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. *A true and correct copy of said Notice of Removal is attached to this Notice of Filing as* **Exhibit "1"** *and is served and filed herewith*.

PLEASE TAKE FURTHER NOTICE that filing of this Notice with the Clerk of the Circuit Court for Palm Beach County, Florida, serves to effect full removal of this case pursuant to 28 U.S.C. § 1446(d), thereby precluding this Circuit Court from proceeding further in this action, unless and until this case is remanded hereto by the United States District Court.

*Notice of Removal*
Case No. 502020CA013780

Dated: January 14, 2021

Respectfully Submitted,

S<small>TUMPHAUZER</small> F<small>OSLID</small> S<small>LOMAN</small>
R<small>OSS</small> & K<small>OLAYA</small>, PLLC
2 South Biscayne Boulevard
Suite 2550
Miami, FL  33131
Telephone:  (305) 371-9686
Facsimile:   (305) 371-9687

By:     /s/ *Ian M. Ross*
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
JORGE A. PEREZ SANTIAGO
Florida Bar No. 91915
jperezsantiago@sfslaw.com
electronicservice@sfslaw.com

*Attorneys for Defendant, Petland, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal. I also certify that the foregoing document is being served on Plaintiff's counsel by e-mail generated by the E-Portal system.

/s/ *Ian M. Ross*
IAN M. ROSS

### SERVICE LIST

Benjamin W. Buck, Jr., Esq.
Florida Bar No. 117639
113 South Monroe Street, 1st Floor
Tallahassee, Florida  32301
Email:  Ben@benbucklaw.com

*Counsel for Plaintiff*